in the consideration or decision of this petition.

No. 98–734. ZRNCHIK ET AL. v. AMOCO OIL CO. Sup. Ct. Ind. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 98–6976 (A–437). CORWIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death and for certificate of appealability, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Motion to supplement the record denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 97–2084. LOCKERBY v. DUGAL ET AL., ante, p. 828;

No. 97–9062. CASTALDI v. TOWNSHIP OF RADNOR ET AL., ante, p. 835;

No. 97–9516. GALLO v. KERNAN, WARDEN, ante, p. 856;

No. 97–9620. HUNT v. UNITED STATES, ante, p. 862;

No. 98–67. BRANDT v. MALENG ET AL., ante, p. 871;

No. 98–77. BREEDLOVE ET AL. v. EARTHGRAINS BAKING COS., INC., DBA CAMPBELL TAGGART BAKING CO., INC., ante, p. 921;

No. 98–164. BRANDT v. KING COUNTY DISTRICT COURT, SHORELINE DIVISION, ante, p. 875;

No. 98–285. HAMMONS, DBA FULL CIRCLE DISTRIBUTING v. ALCAN ALUMINUM CORP. ET AL., ante, p. 948;

No. 98–333. WOOD v. MEADOWS, SECRETARY, STATE BOARD OF ELECTIONS OF VIRGINIA, ante, p. 948;

No. 98–355. WRIGHT v. FREDERIKSEN, ante, p. 964;

No. 98–356. RAY v. UNITED STATES, ante, p. 949;

No. 98–5129. KIERSTEAD v. SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL. (two judgments), ante, p. 888;

No. 98–5157. WILLIS v. LINAHAN, WARDEN, ante, p. 889;

No. 98–5413. TWEED v. WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL., ante, p. 903;

No. 98–5585. BARROGA v. GILLAN ET AL., ante, p. 911;

No. 98–5622. LUCAS v. BRINSON, WARDEN, ET AL., ante, p. 936;

No. 98–5871. LYNCH v. PATHMARK SUPERMARKETS, *ante*, p. 938;

No. 98–5887. ELBERT v. UNITED STATES, *ante*, p. 920;

No. 98–5911. LaGRAND ET AL. v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, *ante*, p. 971;

No. 98–5915. OKORO v. UNITED STATES, *ante*, p. 939;

No. 98–6004. IN RE WEBB, AKA WEBB-EL, *ante*, p. 928; and

No. 98–6080. PEREZ v. UNITED STATES, *ante*, p. 954. Petitions for rehearing denied.

DECEMBER 8, 1998

No. 98–5731 (A–434). TRUESDALE v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 951. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for rehearing denied.

DECEMBER 9, 1998

No. M–35 (A–471). TUAN ANH NGUYEN v. GIBSON, WARDEN. Motion to permit filing of a petition for writ of certiorari denied. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

No. 98–7167 (A–466). IN RE TUAN ANH NGUYEN. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–7206 (A–468). BARBER v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.